# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>        Plaintiff,<br><br>    vs.<br><br>RODOLFO AGUIRRE, et al.,<br><br>        Defendants. | 1:12cv01343 AWI DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR CLARIFICATION<br><br>(Document 7) |

      Plaintiff Bryan E. Ransom ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Defendants removed the action on August 16, 2012.

      On November 26, 2012, Plaintiff filed a Motion for Clarification asking if he was scheduled for a telephonic hearing on November 14, 2012.

      The court has a large number of pro se prisoner and civil detainee cases pending before it, and will notify Plaintiff as soon as any action is taken in the case.  Due to the large number of civil actions pending before the court, the clerk is unable to respond in writing to individual inquiries regarding the status of the case.  As long as Plaintiff keeps the court apprised of his or her current address, Plaintiff will receive all decisions which might affect the status of the case.

IT IS SO ORDERED.

    Dated:   **January 30, 2013**           /s/ Dennis L. Beck
                                                                     UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28