# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RODOLFO AGUIRRE, et al.,<br><br>　　　　　Defendants. | 1:12cv01343 AWI DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>(Document 9) |

　　　　Plaintiff Bryan E. Ransom ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants removed the action on August 16, 2012. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 31, 2013, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction be denied. The Findings and Recommendations were served on all parties and contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days. Neither party has filed objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 31, 2013, are ADOPTED in full;
2. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, filed on October 23, 2012 (Document 9), IS DENIED.

IT IS SO ORDERED.

Dated:   March 19, 2013                         _____
                                                SENIOR DISTRICT JUDGE

2