# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>    Plaintiff,<br><br>    vs.<br><br>RODOLFO AGUIRRE, et al.,<br><br>    Defendants. | 1:12cv01343 AWI DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO SERVE COMPLAINT ON DEFENDANTS WITHIN ONE-HUNDRED TWENTY DAYS |

Plaintiff Bryan E. Ransom ("Plaintiff") is a prisoner proceeding pro se in this civil rights action. Plaintiff originally filed his action in the Kings County Superior Court on June 26, 2012. Defendants paid the filing fee and removed the action on August 16, 2012.[1]

Plaintiff is not proceeding in forma pauperis and is therefore responsible for service. The following Defendants have already been served and Plaintiff need not re-serve them: Vogel, Perez, Marsical, Cortez, Vellejo, Singh, Aguirre, Wooden, Alanis, Messick, Ulit, Moon, Kernan, Clark and Wang.[2] Plaintiff must serve the following Defendants in accordance with Rule 4 of

---

[1] Pursuant to Court order dated June 9, 2010, Plaintiff was deemed to be a prisoner with three strikes or more and therefore unable to proceed in forma pauperis. 28 U.S.C. § 1915(g). However, Defendants paid the filing fee upon removal and Plaintiff's status is not relevant to this action.

[2] These Defendants will be instructed to answer by separate order.

1

the Federal Rules of Civil Procedure: Martines, Watkins, Hieng, Lovelady, Hubbard, Hugh, Weaver, Macias, Lopez and Gibson.

Included with this order are the appropriate service forms and a copy of Rule 4. Unless good cause for an extension of time is shown, Plaintiff must complete service of process and file proof thereof with the Court within one-hundred twenty days. Fed. R. Civ. P. 4(m). The following two sections contain instructions on how to serve Defendants.

A.  **Instructions on Completing Service**

  1.  **Waiver of Service**

Plaintiff has the option of notifying Defendants of the commencement of this action and requesting that they waive service of the summons. Fed. R. Civ. P. 4(d)(1). If Plaintiff wishes to do this, he must mail each Defendant (1) the form entitled "Notice of Lawsuit and Request for Waiver of Service for Summons," (2) the form entitled "Waiver of Service of Summons," (3) a copy of the First Amended Complaint, and (4) a copy of this order. The documents must be addressed directly to each Defendant (not the Attorney General's Office or any other governmental entity), and the documents must be sent by first-class mail or other reliable means. Id. The Waiver of Service of Summons form must set forth the date on which the request is sent and must allow each Defendant at least thirty days to return the waiver to Plaintiff. If Defendants sign and return the waiver forms to Plaintiff, Plaintiff must then file the forms with the Court. After filing the forms with the Court, Plaintiff does not need to do anything further to serve Defendants. Fed. R. Civ. P. 4(d)(4).

  2.  **Personal Service**

Plaintiff must effect personal service on any Defendants whom Plaintiff does not request to waive service and on any Defendants who are requested to waive service but fail to return the Waiver of Service of Summons form to Plaintiff. In either situation, the summons, a copy of the First Amended Complaint, and a copy of this order must be personally served on each Defendant

(not the Attorney General's Office or any other governmental entity).  Plaintiff may not effect personal service himself.  Fed. R. Civ. P. 4(c)(2).  Service may be effected by any person who is not a party to this action and who is at least eighteen years old.  Id.  Plaintiff should review Rule 4(e), provided with this order, as it more fully addresses how personal service is effected.

**B.    Order**

In accordance with the above, it is HEREBY ORDERED that:

1.    The Clerk of the Court shall issue and send Plaintiff 10 summonses, and shall send Plaintiff one copy of the following documents:

    a)    First Amended Complaint filed on March 6, 2013;

    b)    "Notice of Lawsuit and Request for Waiver of Service of Summons;"

    c)    "Waiver of Service;" and

    d)    Rule 4 of the Federal Rules of Civil Procedure;

2.    Plaintiff shall complete service of process on the above-named Defendants within **one-hundred twenty (120) days** from the date of service of this order; and

3.    Unless good cause is shown, Plaintiff's failure to complete service of process on Defendants and to file proof thereof with the Court within one-hundred twenty days will result in dismissal of this action.

IT IS SO ORDERED.

Dated:    **April 3, 2013**                            /s/ Dennis L. Beck
                                                      UNITED STATES MAGISTRATE JUDGE