1

2

3

4

5

# UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

8

9

10

11    BRYAN E. RANSOM,                                )    1:12cv01343 AWI DLB PC
                                                      )
12                        Plaintiff,                  )    ORDER DIRECTING SERVED
                                                      )    DEFENDANTS TO FILE
13             vs.                                    )    RESPONSIVE PLEADING
                                                      )    WITHIN THIRTY DAYS
14    RODOLFO AGUIRRE, et al.,                        )
                                                      )
15                        Defendants.                 )
                                                      )
16    _____

17         Plaintiff Bryan E. Ransom ("Plaintiff") is a prisoner proceeding pro se in this civil rights

18    action.  Plaintiff originally filed his action in the Kings County Superior Court on June 26, 2012.

19    Defendants paid the filing fee and removed the action on August 16, 2012.[1]

20         On April 3, 2013, the Court issued Findings and Recommendations regarding dismissal

21    of certain claims and Defendants.  The Findings and Recommendations also found cognizable

22    claims against the remaining Defendants.  The Findings and Recommendations were adopted on

23    May 8, 2013.

24

25

26    _____

27    [1]  Pursuant to Court order dated June 9, 2010, Plaintiff was deemed to be a prisoner with three strikes or more and
      therefore unable to proceed in forma pauperis.  28 U.S.C. § 1915(g).  However, Defendants paid the filing fee upon
      removal and Plaintiff's status is not relevant to this action.

28
                                                      1

On April 3, 2013, Plaintiff was ordered to serve the Defendants who had not already appeared within 120 days.  Service for these Defendants (Martines, Watkins, Hieng, Lovelady, Hubbard, Hugh, Weaver, Macias, Lopez and Gibson) is pending.

In the April 3, 2013, order, the Court indicated that the Defendants who had been served would be instructed to answer by separate order.

Accordingly, the Court ORDERS Defendants Vogel, Perez, Marsical, Cortez, Vellejo, Singh, Aguirre, Wooden, Alanis, Messick, Ulit, Moon, Kernan, Clark and Wang to FILE A RESPONSIVE PLEADING within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **May 17, 2013**                    /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE