# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>    Plaintiff,<br><br>vs.<br><br>RODOLFO AGUIRRE, et al.,<br><br>    Defendants. | 1:12cv01343 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR UNITED STATES MARSHAL TO SERVE COMPLAINT<br><br>(Document 38) |

Plaintiff Bryan E. Ransom ("Plaintiff") is a prisoner proceeding pro se in this civil rights action. Plaintiff originally filed his action in the Kings County Superior Court on June 26, 2012. Defendants paid the filing fee and removed the action on August 16, 2012.[1]

On April 3, 2013, the Court issued an order explaining that Plaintiff, who was not proceeding in forma pauperis, would be required to serve the additional ten Defendants. The Court set forth the requirements of Rule 4 and ordered Plaintiff to complete service within 120 days.

On May 24, 2013, Plaintiff filed a motion requesting that the Court order the United States Marshal to serve the additional ten Defendants. Plaintiff states that he mailed the request

---

[1] Pursuant to Court order dated June 9, 2010, Plaintiff was deemed to be a prisoner with three strikes or more and therefore unable to proceed in forma pauperis. 28 U.S.C. § 1915(g).

1

for waiver and accompanying documents to these Defendants on or about April 19, 2013. Defendants did not return the waiver within thirty days and Plaintiff now makes this request of the Court.

The failure of Defendants to return the waiver does not, however, entitle Plaintiff to service by the United States Marshal where he is not proceeding in forma pauperis. As the Court explained in the April 3, 2013, order, if Defendants do not return the waiver of service within thirty days, Plaintiff must then effectuate personal service:

> Plaintiff must effect personal service on any Defendants whom Plaintiff does not request to waive service and on any Defendants who are requested to waive service but fail to return the Waiver of Service of Summons form to Plaintiff. In either situation, the summons, a copy of the First Amended Complaint, and a copy of this order must be personally served on each Defendant (not the Attorney General's Office or any other governmental entity). Plaintiff may not effect personal service himself. Fed. R. Civ. P. 4(c)(2). Service may be effected by any person who is not a party to this action and who is at least eighteen years old. Id. Plaintiff should review Rule 4(e), provided with this order, as it more fully addresses how personal service is effected.

Accordingly, Plaintiff is not entitled to service by the United States Marshal and his motion is DENIED. <u>The time frame set forth in the April 3, 2013, order remains in effect</u>.

IT IS SO ORDERED.

Dated:   **May 29, 2013**                              /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE