# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>        Plaintiff,<br><br>    vs.<br><br>RODOLFO AGUIRRE, et al.,<br><br>        Defendants. | 1:12cv01343 AWI DLB PC<br><br>ORDER REQUIRING DEFENDANTS TO FILE STATUS REPORT WITHIN TWENTY-ONE DAYS |

Plaintiff Bryan E. Ransom ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants removed the action on August 16, 2012.

On June 17, 2013, Defendants filed an unenumerated Rule 12(b) Motion to Dismiss based on Plaintiff's failure to exhaust. On November 1, 2013, the Court issued Findings and Recommendations to grant in part and deny in part the motion. The Court adopted the Findings and Recommendations on March 12, 2014.

In their objections, Defendants requested an evidentiary hearing as to whether Plaintiff submitted two inmate appeals and mailed two government claims. The Court denied the Motion to Dismiss the related arguments without prejudice.

1

Accordingly, Defendants are ORDERED to file a status report addressing whether they wish to renew their Motion to Dismiss on the issues for which they requested an evidentiary hearing. The status report SHALL BE FILED within twenty-one (21) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 14, 2014**                               /s/ *Dennis L. Beck*
                                                                              UNITED STATES MAGISTRATE JUDGE