# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RODOLFO AGUIRRE, et al.,<br><br>　　　　　Defendants. | 1:12cv01343 AWI DLB PC<br><br>ORDER REGARDING DEFENDANTS'<br>REQUEST FOR DISCOVERY<br>(Document 71)<br><br>ORDER OPENING LIMITED<br>DISCOVERY FOR NINETY DAYS |

　　　　Plaintiff Bryan E. Ransom ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants removed the action on August 16, 2012.

　　　　On May 12, 2014, Defendants responded to the Court's April 10, 2014, order as to whether the parties needed limited discovery in preparation for Defendants' upcoming motion for summary judgment related to exhaustion. Defendants requested that discovery be limited to exhaustion and compliance with the California Tort Claims Act. Plaintiff did not respond to the Court's order.

1

The Court finds good cause to open limited discovery at this time related <u>only</u> to Plaintiff's exhaustion of his constitutional claims brought under 42 U.S.C. § 1983 and exhaustion of his state law claims. No discovery on the merits will be permitted at this time.

Discovery must be completed by August 29, 2014. Motions to compel must also be filed by that date.

Defendants' motion for summary judgment must be filed by October 30, 2014. The Court will set an evidentiary hearing, if necessary, after briefing on the motion for summary judgment is complete.

IT IS SO ORDERED.

Dated:   **May 29, 2014**                          /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE