# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AGUIRRE, et al,<br>　　　　　Defendants. | 1:12-cv-01343 AWI DLB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>**BRYAN E. RANSOM**, CDCR #H-71641<br><br>DATE:　　December 16, 2015<br>TIME:　　9:30 a.m.<br>COURTROOM:　6 (DLB) |

Inmate BRYAN E. RANSOM, **CDCR#H-71641,** a necessary and material witness in an evidentiary hearing in this case on December 16, 2015, is confined at California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA 93212, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Dennis L. Beck at the United States Courthouse, 2500 Tulare Street, Fresno, California 93721, in Courtroom 6, Seventh Floor, on December 16, 2015, at 9:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** The Warden, California State Prison, Corcoran, 4001 King Ave., Corcoran, CA 93212:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution. **The inmate's legal property relevant to this case shall accompany the inmate to Court.**

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **November 18, 2015**　　　　　　　　　/s/ Dennis L. Beck

UNITED STATES MAGISTRATE JUDGE