# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>       Plaintiff,<br><br>   vs.<br><br>RODOLFO AGUIRRE, et al.,<br><br>       Defendants. | 1:12cv01343 DAD DLB (PC)<br><br>NOTICE AND ORDER THAT BRYAN E. RANSOM IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESIFICANDUM IS DISCHARGED |

The evidentiary hearing in this matter commenced and concluded on December 16, 2015. Accordingly, Plaintiff Bryan E. Ransom, a witness in these proceedings, is no longer needed. The writ of habeas corpus ad testificandum issued for Plaintiff Bryan E. Ransom, CDCR #H-71641, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **December 16, 2015**         /s/ Dennis L. Beck
                                                            UNITED STATES MAGISTRATE JUDGE

1