# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| BRYAN E. RANSOM, | Case No. 1:12-cv-01343 DAD DLB PC |
|---|---|
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE FOR REMAINING EXHAUSTION ISSUES |
| v. | ORDER DENYING DEFENDANTS' REQUEST FOR ADDITIONAL TIME AS MOOT |
| AGUIRRE, et al., | |
| Defendants. | (Document 117) |

Plaintiff Bryan E. Ransom ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action.

On December 16, 2015, the Court held an evidentiary hearing on the issue of exhaustion. Pursuant to the Court's discussion at the close of the hearing, the parties SHALL submit their briefing on the remaining exhaustion issues within thirty (30) days of the date of service of this order.[1]  Oppositions are not necessary.

///

///

///

///

---

[1] On January 19, 2016, Plaintiff filed a "Motion to Place the Court on Notice of Improper Conduct." To the extent that Plaintiff wishes to bring any issues to the Court's attention, he may include a declaration and argument in his final briefing.

1

Given this briefing schedule, Defendants' motion for additional time is DENIED AS MOOT.

IT IS SO ORDERED.

    Dated: **January 20, 2016**          /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE