1

2

3

4

5

6

7

8                         **UNITED STATES DISTRICT COURT**

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    BRYAN E. RANSOM,                        | Case No. 1:12-cv-01343 DAD DLB PC

12              Plaintiff,                     | ORDER REGARDING PLAINTIFF'S
                                              | MOTION FOR TRANSCRIPTS
13        v.
                                              | (Document 120)
14    AGUIRRE, et al.,

15              Defendants.

16

17        Plaintiff Bryan E. Ransom ("Plaintiff") is a state prisoner proceeding pro se in this civil

18    rights action.  Defendants paid the filing fee to remove this action from state court and Plaintiff is

19    therefore not proceeding in forma pauperis.

20        On December 16, 2015, the Court held an evidentiary hearing on the issue of exhaustion.

21        Plaintiff filed a motion for transcripts of certain portions of the hearing on January 19, 2016.

22    Plaintiff seeks the parties' opening and closing statements, as well as his own testimony and the

23    testimony of Defendants' witnesses.

24        Plaintiff does not indicate that he is seeking production of the transcripts at government

25    expense.  Indeed, Plaintiff is not proceeding in forma pauperis in this action, and therefore would not

26    qualify for transcripts under 28 U.S.C. § 1915(c).

27        Section 753(f), available to persons permitted to appeal in forma pauperis, allows the Court

28    to order the government to pay for transcripts only if "the trial judge or a circuit judge certifies that

                                              1

the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal." 28 U.S.C. § 753(f).  While Plaintiff may be ultimately permitted to appeal in forma pauperis, this action is not yet at the appeal stage.

Therefore, Plaintiff's request for transcripts is DENIED.  The Clerk of Court is ORDERED to send Plaintiff the Transcript Instructions and Ordering Form in the event Plaintiff wishes to pay for the requested transcript.

IT IS SO ORDERED.

Dated:    **January 21, 2016**                    /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE