UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>    Plaintiff,<br><br>vs.<br><br>AGUIRRE, et al.,<br><br>    Defendants. | 1:12-cv-01343-DAD-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR TERMINATING SANCTIONS, WITHIN TWENTY-ONE DAYS (ECF No. 135.)<br><br>TWENTY-ONE DAY DEADLINE |

    On September 16, 2016, Defendants filed a motion for terminating sanctions. (ECF No. 135.) Plaintiff Bryan E. Ransom ("Plaintiff") was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(*l*).

    Local Rule 230(*l*) provides that the failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion..." The court may deem any failure to oppose Defendants' motion for terminating sanctions as a waiver, and recommend that the motion be granted on that basis.

    Failure to follow a district court's local rules is a proper ground for dismissal. U.S. v. Warren, 601 F.2d 471, 474 (9th Cir. 1979). Thus, a court may dismiss an action for the plaintiff's failure to oppose a motion for terminating sanctions, where the applicable local rule

1

determines that failure to oppose a motion will be deemed a waiver of opposition.  See Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995), cert. denied 516 U.S. 838 (1995) (dismissal upheld even where plaintiff contends he did not receive motion to dismiss, where plaintiff had adequate notice, pursuant to Fed. R. Civ. P. 5(b), and time to file opposition); cf. Marshall v. Gates, 44 F.3d 722, 725 (9th Cir. 1995); Henry v. Gill Industries, Inc., 983 F.2d 943, 949-50 (9th Cir. 1993) (motion for summary judgment cannot be granted simply as a sanction for a local rules violation, without an appropriate exercise of discretion).  The court may also dismiss this case for Plaintiff's failure to comply with the court's order.  See Local Rule 110; Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002)

Accordingly, IT IS HEREBY ORDERED that:

1. Within **twenty-one days** of the date of service of this order, Plaintiff shall file an opposition or statement of non-opposition to the motion for terminating sanctions filed by Defendants on September 16, 2016; and
2. Plaintiff's failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:  **April 13, 2017**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE