UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>        Plaintiff,<br><br>    vs.<br><br>AGUIRRE, et al.,<br><br>        Defendants. | **1:12-cv-01343-DAD-GSA-PC**<br><br>**ORDER DENYING DEFENDANTS' MOTION TO COMPEL AS MOOT (ECF No. 138.)** |

Bryan E. Ransom ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's First Amended Complaint filed on March 6, 2013, against defendants Aguirre, Alanis, Clark, Cortez, Kernan, Mariscal, Messick, Moon, Perez, Singh, Ulit, Vallejo, Vogel, Wang, and Wooden (collectively, "Defendants"), on Plaintiff's claims for retaliation, adverse conditions of confinement, inadequate medical care, and state tort violations, arising from events occurring in 2011. (ECF No. 12.)

On October 10, 2016, Defendants filed a motion to compel Plaintiff to provide initial disclosures to Defendants as required by the court's discovery and scheduling order issued on August 9, 2016. (ECF No. 138.) Defendants assert that they have not received any initial disclosures from Plaintiff, and the deadline to provide initial disclosures expired on September

22, 2016.  They also assert that Plaintiff has not requested any extension of time to serve his initial disclosures or moved to modify the discovery and scheduling order.

On June 19, 2017, the court issued an order requiring Plaintiff to serve initial disclosures on Defendants within thirty days.  (ECF No. 149.)  Because a new deadline has been established for Plaintiff to serve initial disclosure, Defendants' motion to compel is moot and shall be denied as such.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to compel, filed on October 10, 2016, is DENIED as moot.

IT IS SO ORDERED.

Dated: **June 21, 2017**         **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE